UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEX FREDERIC,

                Petitioner,

-against-

THE PEOPLE OF THE STATE OF NEW YORK,

                Respondent.

18-CV-5655 (PKC)

[PROPOSED] ORDER

Upon the application of Petitioner Alex Frederic, by his attorney Noam Biale, Esq., for an order directing the Clerk of Court to serve a copy of the petition on Respondent by its counsel, the Kings County District Attorney's Office, and having examined the petition;

IT IS HEREBY ORDERED, that the Clerk of Court shall serve a copy of this order and of the petition on the Kings County District Attorney's Office, with attention to Assistant District Attorney Ariel Schulman, by certified mail to 350 Jay Street, #10, Brooklyn, New York, 11201.

As the Court previously issued a stay in this case, Respondent is not directed at this time to file and serve an answer or motion to dismiss the petition; however, upon the lifting of the stay, Respondent is directed to confer with counsel for Petitioner and the parties are directed to file a proposed joint schedule on such answer or motion and any reply.

Dated: Brooklyn, New York
       January 8, 2019

SO ORDERED

_____
Hon. Pamela K. Chen
District Judge, United States District Court
Eastern District of New York

This document was entered on the docket on January 8, 2019.